1.

TENDERED FOR FILING

AUG 05 2021

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

21-01505

## SECT. B MAG. 2

Jason J. Spikes

v.

Louisiana Department of Public
Safety and Corrections

Case No.

Petition For A Writ Of Habeas Corpus 28 U.S.C. § 2241

28 USCA § 1651

28 USCA § 1367   Spikes vs. Louisiana 18-08884 Eastern District of Louisiana

## Personal Information

1. Jason Jarrell Spikes
   Jason Jarrell Hughes

2. Rayburn Correctional Center
   27268 Hwy. 21 North        Angie, LA 70426

3. State authorities

4. Serving a sentence (incarceration, parole, probation, etc.) after having been
   convicted of a crime
   (a) Washington Parish Courtroom 22ND JDC
   (b) 16-29868
   (c) 06/26/17

2.

## Decision or Action You Are Challenging

5. Other: How this facility used forced to cut my hair

6. Louisiana Department of Public Safety and Corrections Correction Services
RCC-2021-35
How this facility used forced to cut my hair
They haven't responded to my first or second step

## Your Earlier Challenges of the Decision or Action

7. First appeal
I need R.C.C. to answer my first and second step to go to the 19th Judicial Court

8. Second appeal
I need R.C.C. to answer my first and second step to go from the 19th SDC unto the First-Circuit of appeal

9. Third appeal
I need R.C.C. to answer my first and second step to go from the 19th SDC unto the First-Circuit of appeal and then the Supreme Court

10. I didn't have to file

11. I didn't have to file

12. No, there is no other appeals

## Grounds for Your Challenge in This Petition

13. Ground Ground One: My V, VIII, and XIV Amendment was denied

3:

(a): they cuffed me by my hands and foot, then tied me down in a chair and cut my hair breaking my I Amendment my religious beliefs.

14. I can't appeal all of my grants until R.C.C. exhaust my first and second step

Request for Relief

15. Civil, Criminal, and Administrative Liabilities

4.

Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison
mail system: 8-02-2020

I declare under penalty of perjury that I am the petitioner, I have read this
petition or had it read to me, and the information in this petition is true and correct.
I understand that a false statement of a material fact may serve as the basis for
prosecution for perjury.

8-02-2021                                                    Jason Spikes

Jason J. Spikes
537035
E.C.C.
27268 Hwy. 21 North
Angie, LA 70426

RAYBURN CORRECTION...

NOT CENSORED
Not Responsible for Contents

AUG 03 '21

Eastern District of Louisiana
500 Poydras St.
New Orleans, LA 70130



U.S. POSTAGE >> PITNEY BOWES

ZIP 70426
02.4R
0000574356 AUG
$ 002.00°
2021